HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAMIRO CARRILLO-FLORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMIRO CARRILLO-FLORES,<br><br>    Defendant. | No. 1:12-cr-00235-AWI-BAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, RAMIRO CARRILLO-FLORES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On February 11, 2013, this Court sentenced Mr. Carrillo-Flores to a term of 70 months imprisonment;

    3.    His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Carrillo-Flores was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Carrillo-Flores's total offense level has been reduced from 27 to 26, and his amended guideline range is 63 to 78 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Carrillo-Flores's term of imprisonment to a total term of 63 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  November 21, 2014 | Dated:   November 21, 2014 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>RAMIRO CARRILLO-FLORES |

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Carrillo-Flores is entitled to the benefit of Amendment 782, which reduces the total offense level from 27 to 26, resulting in an amended guideline range of 63 to 78 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2013 is reduced to a term of 63 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Carrillo-Flores shall report to the United States Probation
2  Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   November 21, 2014                    _____
                                               SENIOR DISTRICT JUDGE